MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS 67202
(316) 265-9311

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SIX CROSS OIL CORPORATION, ) <br> for itself and derivatively on behalf of ) <br> PRAIRIE GAS OPERATING, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                                                  ) <br> ) <br> IAN ACREY, SEAN ACREY,                ) <br> CANADIAN RIVER TRADING CO.,      ) <br> and PRAIRIE GAS CO., LLC,                ) <br> ) <br> Defendants,            ) <br> ) <br> and                                                  ) <br> ) <br> PRAIRIE GAS OPERATING, LLC,    ) <br> ) <br> Nominal Defendant. ) <br> ) | Case No. |

## DEMAND FOR JURY TRIAL

**COMES NOW** the defendants, Ian Acrey, Sean Acrey, Canadian River Trading Co., and Prairie Gas Co., LLC, and pursuant to Rule 38 of the Federal Rules of Civil Procedure, respectfully demand a trial by jury in the above-captioned matter.  Defendants reserve the right to assert any and all affirmative or other defenses, including, but not limited to, defenses based on improper service, jurisdiction and venue.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER L.L.P.
100 North Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311
gadrumright@martinpringle.com


By:   /s/Greg A. Drumright
      Greg A. Drumright, #20743

and

William L. Sessions
Texas Bar No. 18041500
SESSIONS & ASSOCIATES, PLLC
14951 North Dallas Parkway-Suite 400
Dallas, Texas  75254
Telephone: (214) 445-4055
Facsimile:  (214) 723-5346
Email: lsessions@sessionslaw.net

**ATTORNEYS FOR DEFENDANTS
IAN ACREY, SEAN ACREY,
CANADIAN RIVER TRADING CO.,
AND PRAIRIE GAS CO., LLC**

*Pro Hac Vice Application Forthcoming*

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on the 21st day of December, 2017, a true and correct copy of the foregoing was sent via e-mail and U.S. Mail, postage prepaid and properly addressed to the following:

    Ryan M. Peck
    Morris Laing Evans Brock & Kennedy, Chartered
    300 North Mead Street-Suite 200
    Wichita, Kansas 67202
    rpeck@morrislaing.com

    Robert H. Gale, Jr.
    Gale and Gale Attorneys
    211 North Main Street
    P.O. Box 906
    Syracuse, Kansas 67878
    galelaw@pld.com

              By: /s/Greg A. Drumright
                 Greg A. Drumright

01200616.doc