**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

SIX CROSS OIL CORPORATION, for itself
and derivatively on behalf of PRAIRIE GAS
OPERATING, LLC

     *Plaintiff*,


 vs.

IAN ACREY, SEAN ACREY, CANADIAN
RIVER TRADING CO., and PRAIRIE GAS
CO., LLC,

     *Defendants*,

and

PRAIRIE GAS OPERATING, LLC,

     *Nominal Defendant.*

Case No. 17-cv-1314

**MEMORANDUM AND ORDER**

Plaintiff Six Cross Oil Corporation ("Six Cross") brings this matter before the Court on its

motion for an order directing the clerk of the Hamilton County District Court to release the cash

bond it placed as security for a temporary restraining order entered in the state court case prior to

removal to this Court.  In their response, Defendants oppose Plaintiff's request and invite this

Court instead to order the clerk of the Hamilton County District Court to transfer to the clerk of

this Court all funds deposited by Plaintiff as the bond and security for the temporary restraining

order.  This Court does not have jurisdiction to order the Hamilton County District Court to take

the action requested by either party.[1]  Accordingly, the Court denies Six Cross's Motion for Order

Directing the Clerk of the Hamilton County District Court to Release Cash Bond to Plaintiff (Doc.

32), as well as Defendants' alternative proposal.

**IT IS THEREFORE ORDERED** that Six Cross Oil Corporation's Motion for Order

Directing the Clerk of the Hamilton County, Kansas District Court to Release Cash Bond to

Plaintiff (Doc. 32) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 12th day of June, 2018.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

---

[1] *See Spalsbury v. Sisson*, 250 F. App'x 238, 248 (10th Cir. 2007) ("Federal courts have no authority to 'direct state courts or their judicial officers in the performance of their duties.' ") (quoting *Van Sickle v. Holloway*, 791 F.2d 1431, 1436 n. 5 (10th Cir. 1986)).